FILED
2022 Dec-28 PM 12:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/KMP January 2023
GJ#8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| **CALVIN DAJUAN HALL** | ) | |

## INDICTMENT

**COUNT ONE:** **[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 29th day of July 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**CALVIN DAJUAN HALL,**

did knowingly possess a machinegun, that is, a Glock 9x19 caliber pistol modified by a permanently installed sear leg soldered or welded to the bottom of the slide that was a device designed to enable automatic fire, in violation of Title 18, United States Code, Section 922(o).

**COUNT TWO:**  **[21 U.S.C. § 841(a)(1) and (b)(1)(D)]**

The Grand Jury further charges that:

On or about the 29th day of July 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**CALVIN DAJUAN HALL,**

did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

**COUNT THREE:**  **[18 U.S.C. § 924(c)(1)(A)(i)]**

The Grand Jury charges that:

On or about the 29th day of July 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**CALVIN DAJUAN HALL,**

did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute marijuana, as charged in Count Two of this

Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                          PRIM F. ESCALONA
                                          United States Attorney

                                          */s/ Electronic Signature*
                                          KRISTY M. PEOPLES
                                          Assistant United States Attorney